FILED

1998 JUL 22 PM 2:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVID BYRD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-PT-0471-E |
| | ) | |
| STATE OF ALABAMA, CALHOUN COUNTY, RANDALL SANDERS, and GARY PIPPINS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JUL 22 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 22, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on July 6, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 21st day of July, 1998.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

Also see 137 F3d 1285

11